Argued January 4—decided January 4, 1972

A. MARLAND SHOEMAKER ET AL. *v.* ZONING COMMISSION OF THE TOWN OF GROTON ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in New London County is denied.

*John Rose, Jr.,* for the appellees (defendants Albert E. Clack and Howard Falk).

*James T. Haviland II,* for the appellee (named defendant).

*Sidney Axelrod,* for the appellants (plaintiffs).

Argued January 4—decided January 4, 1972